IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSWALDO PAVON-GARCIA,<br><br>    Defendant. | 8:14CR153<br><br>**ORDER** |

This matter is before the Court on the defendant's Motion for Bill of Particulars (Filing No. 21). Upon review of the case file, the Court finds that the defendant's Pretrial Motion Deadline expired June 10, 2014. Additionally, trial in this matter is set for July 8, 2014. Therefore, the Motion for Bill of Particulars (Filing No. 21) is denied.

  **IT IS ORDERED:**

  1. The defendant's Motion for Bill of Particulars [21] is denied.

Dated this 13th day of June, 2014.

                 BY THE COURT:

                 s/ F.A. Gossett, III
                 United States Magistrate Judge